**MORRISON | FOERSTER**

250 WEST 55TH STREET
NEW YORK, NY 10019-9601

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

BEIJING, BERLIN, BOSTON, BRUSSELS,
DENVER, HONG KONG, LONDON,
LOS ANGELES, NEW YORK, PALO ALTO,
SAN DIEGO, SAN FRANCISCO, SHANGHAI,
SINGAPORE, TOKYO, WASHINGTON, D.C.

March 18, 2021

Writer's Direct Contact
+1 (212) 468.8203
JLevitt@mofo.com

**By ECF**

The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Prospect Capital Corporation v. Silicon Valley Bank*; Case No. 1:21-cv-00314-JPC
      Request to Adjourn March 30, 2021 Initial Pretrial Conference

Dear Judge Cronan:

We represent Defendant Silicon Valley Bank in the above-referenced matter. Pursuant to Rule 3.B. of Your Honor's Individual Rules and Practices in Civil Cases, we write with Plaintiff's consent to request an adjournment of the Initial Pretrial Conference ("Initial Conference") currently scheduled for March 30, 2021 at 11:30 A.M. (ECF No. 6) due to a scheduling conflict. Lead counsel for Defendant has a mediation scheduled in another case in this court on March 30, 2021 that conflicts with the currently scheduled Initial Conference.

The parties have conferred and are available during the week of April 5, 2021 or at any time thereafter that is convenient for the Court.

This is the first request for an adjournment of the Initial Conference and does not affect any other dates in this case.

Respectfully submitted,

*/s/ Jamie A. Levitt*
Jamie A. Levitt

cc:   All counsel of record (by ECF)

It is hereby ORDERED that the parties' request is GRANTED. The teleconference scheduled for March 30, 2021 is ADJOURNED to April 6, 2021 at 11:00 a.m.

Date:   March 18, 2021
        New York, New York

_____
JOHN P. CRONAN
United States District Judge