# MORRISON | FOERSTER

250 WEST 55TH STREET
NEW YORK, NY 10019-9601

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

BEIJING, BERLIN, BOSTON, BRUSSELS,
DENVER, HONG KONG, LONDON,
LOS ANGELES, NEW YORK, PALO ALTO,
SAN DIEGO, SAN FRANCISCO, SHANGHAI,
SINGAPORE, TOKYO, WASHINGTON, D.C.

June 2, 2021

Writer's Direct Contact
+1 (212) 468.8203
JLevitt@mofo.com

**By ECF**

The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Prospect Capital Corporation v. Silicon Valley Bank*; Case No. 1:21-cv-00314-JPC
      Request for Referral to Magistrate Wang for Mediation and Stay of Deadlines for
      Discovery and Response to First Amended Complaint

Dear Judge Cronan:

We represent defendant Silicon Valley Bank in the above-referenced matter. After initial discussions, the parties jointly request that Your Honor refer this matter to Magistrate Judge Wang for mediation in the hopes of reaching a resolution and avoiding ongoing and costly litigation.

To facilitate a potential resolution, the parties also seek a stay of all discovery deadlines until after mediation concludes if it is unsuccessful. Within a week of the conclusion of mediation, the parties will notify the Court of the outcome. If a settlement is not reached, the parties would submit with that notice an amended Case Management Plan for the Court's consideration. Under the current Case Management Plan (ECF. No. 16), the end of fact discovery is scheduled for October 4, 2021 and the end of expert discovery is scheduled for November 18, 2021.

In addition, Silicon Valley Bank seeks an extension of time to answer, move or otherwise respond to the First Amended Complaint filed on May 10, 2021 (ECF No. 19), until 21 days after filing of the notice that the mediation was unsuccessful. Silicon Valley Bank's response to the First Amended Complaint is currently due on or before June 14, 2021. Silicon Valley Bank previously requested with Plaintiff's consent (ECF No. 20) an extension to answer, move or otherwise respond to the First Amended Complaint, which Your Honor granted (ECF No. 21).

# MORRISON | FOERSTER

June 2, 2021
Page Two

Respectfully submitted,

*/s/ Jamie A. Levitt*
Jamie A. Levitt

cc:   All counsel of record (by ECF)

> The parties' request is granted. Discovery is stayed pending settlement discussions before Judge Wang. The parties shall file an update letter within one week of the conclusion of settlement discussions. Silicon Valley Bank shall have until 21 days after filing the aforementioned update letter to answer or otherwise respond to the Amended Complaint.
>
> SO ORDERED.
>
> Date:   June 3, 2021
>         New York, New York
>
> JOHN P. CRONAN
> United States District Judge

ny-2059691