UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
        :
PROSPECT CAPITAL CORPORATION        :
        :
        Plaintiff,        :
        :    21 Civ. 314 (JPC)
    -v-        :
        :    ORDER
SILICON VALLEY BANK        :
        :
        Defendant.        :
        :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       The Court understands that the Settlement Conference scheduled on October 12, 2021 at 2:30 p.m. before Magistrate Judge Wang has been cancelled and the reference for settlement is closed. Dkt. 35. Therefore, in accordance with the Court's Order on June 3, 2021, Dkt. 24, the stay of discovery is lifted and the parties shall file a status letter within one week of the filing of this Order, including a revised proposed case management order setting forth new discovery deadlines. Defendant shall respond to the Amended Complaint within four weeks of the filing of this Order, or by November 3, 2021.

       SO ORDERED.

Dated: October 6, 2021
      New York, New York

                                      JOHN P. CRONAN
                                    United States District Judge