The Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

March 21, 2022

RE:   *Prospect Capital Corporation v. Silicon Valley Bank*, 1:21-cv-00314-JPC-OTW

Dear Judge Cronan:

The parties jointly submit this letter in accordance with Your Honor's order entered March 15, 2022 (ECF No. 57).

The parties have completed their respective document productions and have each served deposition notices on party corporate representatives.

The parties request that the Court stay party discovery while they attempt to mediate a resolution in order to conserve resources.

Prospect has served document subpoenas on third parties Lovell Minnick and Citizens Bank and is awaiting production, which is overdue. Prospect also intends to take the deposition of the corporate representative of Lovell Minnick. The parties, accordingly, seek a stay of party discovery deadlines, and SVB does not object to excluding these third parties from the stay.

Very truly yours,

| | |
|---|---|
| /s/ Adam M. Burton<br>10 East 40th Street<br>45th Floor<br>New York, NY 10016<br>aburton@prospectcap.com<br>(646) 380-1723<br><br>*Counsel for Prospect Capital Corp.* | /s/ Jamie A. Levitt<br>Morrison & Foerster LLP<br>250 West 55th Street<br>New York, NY 10019<br>jlevitt@mofo.com<br>(212) 468-8203<br><br>*Counsel for Silicon Valley Bank* |